IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MONIQUE MCLEOD,** <br><br> **Plaintiff,** <br><br> v. <br><br> **PARASYS, INC. a/k/a PARAGON SYSTEMS, INC.,** <br><br> **Defendant.** | **CASE NO.  WDQ-10-cv-878** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed R. Civ. P. 7.1 and Local Rule 103(3), Defendant Paragon Systems, Inc. ("Defendant"), by counsel, states as follows:

1. Defendant is a wholly-owned subsidiary of Tri-S Security Corporation, Inc.

2. Tri-S Security Corporation, Inc. is publicly traded on the Pink Sheets.

3. No other person or entity has a financial interest whatsoever in the outcome of the litigation.

Dated:  May 19, 2010

Respectfully submitted,

/s/ Thomas P. Dowd
Thomas P. Dowd (Federal Bar No. 05753)
tdowd@littler.com
Jeffrey J. Sun (Federal Bar No. 16599)
jjsun@littler.com
LITTLER MENDELSON, P.C.
1150 17th Street N.W.
Suite 900
Washington, DC  20036
202.842.3400  Telephone
202.842.0011  Facsimile

Counsel for Defendant
Paragon Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2010, I electronically filed a copy of the foregoing Corporate Disclosure Statement using the CM/ECF system which will send the notification of such filing to the following:

>Richard P. Neuworth, Esquire
>Stephen B. Lebau, Esquire
>LeBau & Newworth, LLC
>606 Baltimore Avenue
>Suite 201
>Baltimore, MD  21204
>
>Counsel for Plaintiff

/s/ Thomas P. Dowd
Thomas P. Dowd