IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **Monique Mcleod** | * |
| **Plaintiff** | * |
| | * |
| v. | * Case Number: **WDQ.10.CV.878** |
| | * |
| **Parasys, Inc. a/k/a Paragon Systems, Inc.** | * |
| **Defendant** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW APPEARANCE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 101.2.a

Pursuant to Local Rule 101.2.a., Stephen B. Lebau and Lebau & Neuworth, LLC, move to withdraw their appearance in the above-case and state:

Pursuant to Local Rule 101.2.a., Counsel, more than seven days prior to Counsel filing a Motion to Withdraw Appearance, cerifies that he sent written notice to Plaintiff advising her of Counsel's proposed withdrawal of representation.  Counsel also certifies that he also notified Plaintiff either to retain new counsel to enter an appearance or advise the Clerk that Plaintiff will be proceeding pro se.

Plaintiff's last known address is:

> Monique Mcleod
> 5564 Vantage Point Road
> Columbia, Maryland 21044

Wherefore, Lebau & Neuworth, LLC, and Stephen B. Lebau, request that they may withdraw as counsel for Plaintiff.

_____/s/_____
Stephen B. Lebau #07258
Richard P. Neuworth # 01052
Lebau & Neuworth, LLC
606 Baltimore Avenue, #201
Baltimore, Maryland 21204
410.296.3030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2010, I sent a copy of Plaintiff's Counsel's Motion to Withdraw Appearance and Certificate Pursuant to Local Rule 101.2.a., via First Class U.S. Mail, postage prepaid, to

Monique Mcleod<br>
5564 Vantage Point Road<br>
Columbia, Maryland 21044

and via efiling to:

Thomas P. Dowd, Esquire<br>
Littler, Mendelson, P.C.<br>
1150 17th Street, N.W. -- Suite 900<br>
Washington, D.C. 20036<br>
Attorney for Defendant

_____/s/_____
Stephen B. Lebau